CLOSED

## U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:08-cv-00390-L-POR
## Internal Use Only

Fox v. Astrazeneca Pharmaceuticals LP et al
Assigned to: Judge M. James Lorenz
Referred to: Magistrate Judge Louisa S Porter
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/29/2008
Date Terminated: 04/17/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Paul Fox**            represented by  **David C. Andersen**
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
(540)672-4224
Fax: (540)672-3055
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Astrazeneca Pharmaceuticals LP**

**Defendant**

**Astrazeneca LP**

I hereby attest and certify on 4/18/08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy
K. JOHNSON

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2008 | 1 | COMPLAINT with Jury Demand against Astrazeneca Pharmaceuticals LP, Astrazeneca LP ( Filing fee $ 350 receipt number 148251), filed by Paul Fox.(kmm) (av1, ). (Entered: 03/03/2008) |
| 03/07/2008 | 2 | Minute Order. Judge Napoleon A. Jones, Jr recuses from this case and requests another district judge be assigned. Judge M. James Lorenz randomly assigned. New case number 08cv390 L (POR). (jcj) (Entered: 03/07/2008) |
| 04/17/2008 | 3 | Case transferred to Middle District of Florida. Original file, certified copy of transfer order, and docket sheet sent by e-mail to: *Middle |

|  |  | District of Florida**401 West Central Blvd., 120**Orlando, Fl 32801-0120* (kaj) (Entered: 04/18/2008) |